

**FORM B1**
(Official Form 1) (9/97)

Blumberg Excelsior, Publisher, NYC 10013

| UNITED STATES BANKRUPTCY COURT    SOUTHERN **DISTRICT OF**    NEW YORK | **Voluntary Petition** |

| Name of Debtor (If individual, enter Last, First, Middle): | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| Nomura Suzuki Properties, Ltd. | |
| All Other Names used by debtor in the last 6 years (include married, maiden and trade names): | All Other Names used by the joint debtor in the last 6 years (include married, maiden and trade names): |
| Soc. Sec./Tax I.D. No. (If more than one, state all): 13-3963861 | Soc. Sec./Tax I.D. No. (If more than one, state all): |
| Street Address of Debtor (No. and street, city, state, zip): 342 Madison Avenue New York, New York 10173 | Street Address of Joint Debtor (No. and Street, City, State, Zip Code): |
| County of Residence or of the Principal Place of Business: | County of Residence or of the Principal Place of Business: New York |
| Mailing Address of Debtor (If different from street address) | Mailing Address of Joint Debtor (If different from street address): |

Location of Principal Assets of Business Debtor
(If different from addresses listed above)

### Information Regarding the Debtor (Check the Applicable Boxes)

**Venue:** (Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

■ There is a bankruptcy case concerning debtor's affiliate, general partner or partnership pending in this District.

**Type of Debtor** (Check all applicable box)
- ☐ Individual(s)
- ■ Corporation
- ☐ Partnership
- ☐ Other
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker

**Chapter or Section of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7   ■ Chapter 11   ☐ Chapter 13
- ☐ Chapter 9   ☐ Chapter 12
- ☐ Sec. 304-Case ancillary to foreign proceeding

**Nature of Debts** (Check one box)
- ☐ Consumer/Non-business
- ■ Business

**Chapter 11, Small Business** (Check all boxes that apply)
- ☐ Debtor is a small business as defined in 11 U.S.C. § 101
- ☐ Debtor is and elects to be considered a small business under 11 U.S.C. § 1121(e) (Optional)

**Filing Fee** (Check one box)
- ■ Filing fee attached.
- ☐ Filing fee to be paid in installments. (Applicable to individuals only) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Offical Form No.3.

**Statistical/Administrative Information (Estimates Only)**

- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000-over |
|---|---|---|---|---|---|
| ■ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets (Check one box)

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ |

Estimated Debts (Check one box)

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ |



**(Official Form 1) (9/97)**

| **Voluntary Petition** | Name of Debtor(s): | FORM B1, Page 2 |
|---|---|---|
| *(This page must be completed and filed in every case)* | Nomura Suzuki Properties, Ltd. | |

### Prior Bankruptcy Case Filed Within Last 6 Years (If more than one, attach additional sheet)

| Location Where Filed: | Case Number: | Date Filed: |
|---|---|---|

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: Manshion JoHo Center, Inc. | Case Number: 98-44119 (SMB) | Date Filed: 6/8/98 |
|---|---|---|
| District: Southern | Relationship: Affiliate | Judge: Stuart M. Bernstein |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (if not represented by attorney)
Date:

### Signature(s) of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

Isamu Sam Suzuki
Print or Type Name of Authorized Individual

President
Title of Authorized Individual by Debtor to File this Petition
Date: 12/28/98

### Signature of Attorney

X _____
Signature of Attorney for Debtor(s)

David M. Green
Printed Name of Attorney for Debtor(s)

Salomon Green & Ostrow, P.C.
Firm Name

919 Third Avenue, 15th Floor
Address

New York, New York 10022

(212) 319-8500
Telephone Number
Date: 12/28/98

### Exhibit A
(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)

☐ Exhibit A is attached and made a part of this petition.

### Exhibit B
(To be completed if debtor is an individual whose debts are primarily consumer debts)
I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that (he or she) may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X _____   Date
Signature of Attorney for Debtor(s)

### Signature of Non-Attorney Petition Preparer

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. §110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____
Printed Name of Bankruptcy Petition Preparer

_____
Social Security Number

_____
Address

_____

Names and Social Security numbers of all other Individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate official form for each person.

X _____
Signature of Bankruptcy Petition Preparer
Date:

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. §156.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
                    In re                            : Chapter 11

NOMURA SUZUKI PROPERTIES, LTD.,    : Case No. 98 B

                   Debtor.

Tax Payer ID# 13-33963861
-------------------------------------------------------------x

## **DIRECTOR'S RESOLUTION**

I, Isamu Sam Suzuki, President and Director of Nomura Suzuki Properties, Ltd., (the "petitioner"), hereby certifies that a special meeting of the Board of Directors was held on December 28, 1998, at which the following resolution was unanimously adopted:

> RESOLVED, that Nomura Suzuki Properties, Ltd., be, and it hereby is, authorized and directed to cause the filing of a voluntary petition under chapter 11 of the Bankruptcy Code, and to take all steps necessary in connection with the filing, including the retention of Salomon Green & Ostrow, P.C., 919 Third Avenue, New York, New York 10022, as general bankruptcy counsel, to represent the petitioner in its bankruptcy case and in all related proceedings.

IN WITNESS WHEREOF, this document is duly executed on December 28, 1998.

                            NOMURA SUZUKI PROPERTIES, LTD.


                            By:  /s/ Isamu Sam Suzuki
                                  Isamu Sam Suzuki
                                  Director

42488

Form B4W (12-95)

**UNITED STATES BANKRUPTCY COURT**    SOUTHERN DISTRICT OF    NEW YORK

In re: Nomura Suzuki Properties, Ltd.    Debtor(s)    Case No.    (if known)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P.1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C.§101(30) or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims.

| (1) NAME OF CREDITOR AND COMPLETE MAILING ADDRESS INCLUDING ZIP CODE | (2) NAME, TELEPHONE NUMBER AND COMPLETE MAILING ADDRESS, INCLUDING ZIP CODE OF EMPLOYEE, AGENT, OR DEPARTMENT OF CREDITOR FAMILIAR WITH CLAIM. | (3) NATURE OF CLAIM (trade debt, bank loan, government contract, etc) | (4) C U D S | (5) AMOUNT OF CLAIM (If secured also state value of security) |
|---|---|---|---|---|
| Kumiko Hasegawa<br>c/o Anthony J. Pirrotti, Esq.<br>501 Ashford Avenue<br>Ardsley, New York 10502<br>(914) 693-8000 | | Subject to matrimonial action | C<br>U<br>D | 1,500,000.00 |
| Manshion JoHo Center Co., Ltd.<br>Shinjuk-ku, nishishinjuku,<br>4-29-4<br>Tokyo, Japan | Joel Sankel, Esq.<br>Sankel, Skaurman & McCar<br>750 3rd Avenue<br>NY, NY 10017 (212) 682-2 | Sale of MJC stock | C<br>U<br>D<br>S | 1,500,000.00 |
| McGovern & Associates<br>c/o John McGovern, Esq.<br>342 Madison Avenue Suite 1820<br>New York, New York 10173<br>(212) 986-4135 | | Legal Services | | 50,000.00 |
| Junko, LLC<br>c/o Suzuki Associates, Ltd.<br>342 Madison Avenue<br>New York, NY 10173 | Stephen Lee<br>(212) 986-5415 | rent | | 14,800.00 |
| Suzuki Associates, Ltd.<br>342 Madison Avenue<br>New York, NY 10173 | Stephen Lee<br>(212) 986-5415 | Business loan, office equipment | | 3,809.68 |
| Horowitz & Ullman<br>275 Madison Avenue<br>New York, New York 10016<br>(212) 532-3736 | Stuart Hung<br>(212) 532-3736 | Accounting services | | 3,600.00 |
| Card Payment Services<br>500 7th Avenue, 18th Floor<br>New York, NY 10018 | (212) 734-5588 | Credit card collection services | | 0.00 |
| Morton Group, LLC<br>c/o Suzuki Associates, Ltd.<br>342 Madison Avenue<br>New York, NY 10173 | Stephen Lee<br>(212) 986-5415 | rent | | 0.00 |
| Nine Minetta Property, LLC<br>c/o Suzuki Associates, Ltd.<br>342 Madison Avenue<br>New York, NY 10173 | Stephen Lee<br>(212) 986-5415 | rent | | 0.00 |
| | | | | |

"(4) C U D S"   If contingent, enter C; if unliquidated, enter U; if disputed, enter D; if subject to setoff, enter S.    * Value of secured portion of claim

## In re Nomura Suzuki Properties, Ltd.
## Case No. 98 B

## Verification of Creditor Matrix

      The above-named debtor hereby verifies that the attached list of creditors is true and correct to the best of its knowledge.


Dated: December 28, 1998      Debtor:   /s/ Isamu Sam Suzuki
                                                     Nomura Suzuki Properties, Ltd.

Salomon Green & Ostrow, P.C.
919 Third Avenue, 15th Floor
New York, NY 10022

United States Trustee
33 Whitehall Street, 21st Fl
New York, NY 10004

Bank of East Asia
202 Canal Street
New York, NY 10013

Card Payment Services
500 7th Avenue, 18th Floor
New York, NY 10018

Horowitz & Ullman
275 Madison Avenue
New York, New York 10016
(212) 532-3736

Isamu Sam Suzuki
c/o Suzuki Associates, Ltd.
342 Madison Avenue
New York, NY 10173

Junko, LLC
c/o Suzuki Associates, Ltd.
342 Madison Avenue
New York, NY 10173

Kumiko Hasegawa
c/o Anthony J. Pirrotti, Esq.
501 Ashford Avenue
Ardsley, New York 10502
(914) 693-8000

Manshion JoHo Center Co., Ltd.
Shinjuk-ku, nishishinjuku,
4-29-4
Tokyo, Japan

Manshion Joho Centers, Inc.
186 West 80th Street
New York, New York 10024
(212) 986-5415


McGovern & Associates
c/o John McGovern, Esq.
342 Madison Avenue Suite 1820
New York, New York 10173
(212) 986-4135

Morton Group, LLC
c/o Suzuki Associates, Ltd.
342 Madison Avenue
New York, NY 10173


Nine Minetta Property, LLC
c/o Suzuki Associates, Ltd.
342 Madison Avenue
New York, NY 10173


Suzuki Associates, Ltd.
342 Madison Avenue
New York, NY 10173


Tomonari Nomura
150 E. 52nd Street, 14th Floor
New York, NY 10022

```
UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
                                                             :
                In re                                        : Chapter 11
                                                             :
NOMURA SUZUKI PROPERTIES, LTD.,                              :
                                                             : Case No. 98 B
                                                             :
                Debtor.                                      :
                                                             :
TAX I.D. NO. 13-33963861                                     :
                                                             :
-------------------------------------------------------------x
```

**AFFIDAVIT PURSUANT TO LOCAL BANKRUPTCY RULE 1007-2**

STATE OF NEW YORK   )
                                ss.:
COUNTY OF NEW YORK)

   Isamu Sam Suzuki, as and for his affidavit under Rule 1007-2 of the Local Rules for the United States Bankruptcy Court of the Southern District of New York, being duly sworn, deposes and says:

   1. I am the president and a director of Nomura Suzuki Properties, Ltd. ("NSP" or the "Debtor"), a New York corporation, which owns various interests in real property in the New York City area. The Debtor's principal asset is its shares of stock of Manshion Joho Center, Inc. ("MJC"), a chapter 11 debtor before this Court. NSP acquired 100% of the stock of MJC from Manshion Joho Center Co., Ltd., a Japanese corporation ("MJC Japan"), by agreement dated August 27, 1997. MJC owns and operates approximately 44 condominiums in New York City for the purpose of short term leasing of units to Japanese tourists and business travelers. In addition, the Debtor's assets include several real estate leasehold interests which the Debtor subleases to generate income, and a $75,000 loan receivable owing from a non-debtor entity controlled by the undersigned.

2. The Debtor's chapter 11 filing is precipitated by its inclusion as a third-party defendant in a matrimonial action captioned: <u>Kumiko Hasegawa v. Hiroyoshi Hasegawa, et al.</u>, Supreme Court of the State of New York, County of Westchester, Index No. 12615/96 (the "Matrimonial Action").  The complaint against the Debtor seeks to set aside the transfer of the stock of MJC from MJC Japan to the Debtor and related relief.  Annulment of the stock transfer and disgorgement of the shares of MJC would have a devastating effect on the business affairs of the Debtor and would harm the Debtor's creditors.  As of December 27, 1998, Judge Shapiro, the presiding judge in the Matrimonial Action, has declared a default against the Debtor which arose when the Debtor was in the process of substituting counsel.  The Debtor believes that Judge Shapiro committed reversible error in declaring the default.

3. The Debtor's original petition under chapter 11 is filed herewith.  No trustee has been appointed prior to the filing date of the petition.  No committee has been formed prior to the filing date of the petition.

4. Information with respect to the twenty largest unsecured creditors of the Debtor, excluding insiders, including their names, addresses, telephone numbers, contact persons, the amount of their claims and the nature of their debts, is annexed hereto.

5. The Debtor has one secured creditor, Bank of East Asia, Limited, New York Branch, 202 Canal Street, New York, New York 10013 (the "Bank").  As of the filing date of the petition, the Debtor has a contingent liability to the Bank, as guarantor of the mortgage of MJC, in the aggregate amount of $3,286,666.65  The Bank's indebtedness is undisputed and secured by the 44 condominiums owned and operated by MJC, which are valued at $4,700,000.

6. The Debtor's assets and liabilities are summarized as follows:

Total Assets: $ 1,802,004.29
Total Liabilities: $ 98,611.67[1]

7. The Debtor's stock is not publicly held. There are 20 shares of common stock of the Debtor outstanding. Tomonari Nomura and I each own 50% of the Debtor's stock, or 10 shares each.

8. The Debtor is neither a public corporation nor a reporting company required to file periodic reports with the Securities and Exchange Commission. Therefore, form "Exhibit A" is not required and has not been included with the Debtor's voluntary petition.

9. No property of the Debtor is in the possession or custody of any custodian, public officer, mortgagee, pledgee, assignee of rents, or secured creditor, or agent for any such entity. The Debtor utilizes the services of American Hotel Group, Ltd. (a non-debtor entity controlled by the undersigned) as a collection agent for credit card payments, and at any given point in time, American Hotel Group, Ltd. may be in possession of certain of the Debtor's funds.

10. The Debtor sub-leases its main office, located at 342 Madison Avenue, New York, New York 10173, from Suzuki Associates, Ltd., an entity owned and controlled by the undersigned ("Suzuki Associates"). The Debtor's books and records are maintained at this location. The Debtor has additional real estate leasehold interests which the Debtor subleases to generate income. A schedule of the Debtor's additional real estate leasehold interests is annexed hereto as Exhibit A. The Debtor does not hold any assets outside the territorial limits of the

---

[1] The Debtor has a contingent liability to Bank of East Asia as guarantor of MJC's debt in the amount of $3,286,666.65. The Debtor also has contingent, disputed and unliquidated liabilities to MJC Japan for the purchase price of the stock of MJC in the amount of $1,500,000 (subject to setoff), and to Mrs. Hasegawa, the plaintiff in the Matrimonial Action, in the amount of approximately $1,500,000.

United States. The Debtor's substantial assets are those identified in paragraph 1 above, a bank account at M&T Bank, 350 Park Avenue, New York, New York 10022, and a US government treasury bond money market account at Merrill Lynch, 1251 Avenue of the Americas, New York, New York 10020.

11. Other than the Matrimonial Action, the Debtor is not a party to any legal actions currently pending.

12. The Debtor's existing senior management consists of Tomonari Nomura and the undersigned.

    a. Tomonari Nomura is and has been the Vice President and a Director of the Debtor since August 26, 1997. Mr. Nomura's experience in real estate and construction is derived from working in the industry for six years. Mr. Nomura is responsible for assisting in the management of the Debtor's operations.

    b. The undersigned is and has been the President and a Director of the Debtor since August 26, 1997. The undersigned is responsible for making the major business decisions, at the corporate level, for the Debtor, including the decisions related to the affairs of MJC and the related litigation and the reorganization of the Debtor's business. The undersigned's experience in real estate is derived from working in the industry for 15 years.

13. The Debtor intends to continue the operation of its business post-petition as detailed above. The Debtor has no employees and thus no payroll obligations for the 30 days after the filing date of the petition.

14. The officers of the Debtor, Mr. Nomura and the undersigned, are compensated by MJC. The Debtor does pay monthly management fees of approximately $1,470.00 to Suzuki Associates.

15. A schedule of the Debtor's estimated cash receipts and disbursements for the thirty days following the filing of the chapter 11 petition, is annexed hereto as Exhibit B.

       /s/ Isamu Sam Suzuki
       Isamu Sam Suzuki
       President

Sworn to before me
this 28th day of December 1998

/s/ David A. Levin
   Notary Public

DAVID A. LEVIN
Notary Public, New York State
No. 02LE5085829
Qualified in New York County
Commission Expires 9/29/99

# EXHIBIT A
## NOMURA SUZUKI PROPERTIES, LTD.
## LEASE SCHEDULE

| ADDRESS OF PREMISES | LESSOR | UNITS LEASED | MONTHLY RENT |
|---|---|---|---|
| 222 Thompson Street<br>New York, N.Y. | Junko, LLC<br>c/o Suzuki Associates, Ltd<br>342 Madison Avenue<br>New York, NY 10173 | Unit 1<br>Unit 2<br>Unit 4<br>Unit 7<br>Unit 12<br>Unit 13<br>Unit 15<br>Unit 21 | $1,850.00<br>1,850.00<br>1,850.00<br>1,850.00<br>1,850.00<br>1,850.00<br>1,850.00<br>1,850.00 |
| 9 Minetta Street<br>New York, N.Y. | Nine Minetta Property, LLC<br>c/o Suzuki Associates, Ltd<br>342 Madison Avenue<br>New York, NY 10173 | Unit 5RN | $850.00 |
| 14 Morton Street<br>New York, N.Y. | Morton Group, LLC<br>c/o Suzuki Associates, Ltd<br>342 Madison Avenue<br>New York, NY 10173 | Unit 2 | $1,100.00 |
| | | **TOTAL MONTHLY RENT** | **$16,750.00** |

# EXHIBIT B
# ESTIMATED CASH RECEIPTS AND DISBURSEMENTS

**Ordinary Income/Expense**
  **Income**

| | | |
|---|---|---:|
| Transportation Revenue | | $450.00 |
| Telephone Income | | 1,000.00 |
| Rental | | 29,400.00 |
| | **TOTAL INCOME** | 30,850.00 |

**Expense**
  **Room Expense**

| | | |
|---|---|---:|
| Laundry | | 900.00 |
| Telephone | | 500.00 |
| Furniture Rental | | 790.00 |
| Cleaning Expense | | 500.00 |
| | **TOTAL ROOM EXPENSE** | 2,690.00 |
| Limo Expense for Customer | | 275.00 |
| Bank Service Charges | | 514.50 |
| Cable | | 450.00 |
| Credit card fee | | 661.50 |
| Management fees | | 1,470.00 |
| Rent | | 16,750.00 |
| Utilities/Gas and Electric | | 450.00 |
| | **TOTAL EXPENSE** | 23,261.00 |
| Net Ordinary Income | | 7,589.00 |
| Net Income | | 7,589.00 |