UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
                                    : Chapter 11
       In re                            :

NOMURA SUZUKI PROPERTIES, LTD.,  : Case No. 98 B 49189 (SMB)
                                    :
                Debtor.     :

-------------------------------------------------------x

## ORDER DISMISSING CHAPTER 11 CASE

        Upon the application of Hiroyoshi Hasegawa to dismiss this chapter 11 case, dated December 31, 1998 ("Mr. Hasegawa's Motion to Dismiss"); upon the joinder to that motion by Kumiko Hasegawa ("Ms. Hasegawa's Motion to Dismiss"); and upon the Debtor's joinder to Ms. Hasegawa's Motion to Dismiss, dated March 25, 1999 (the "Debtor's Joinder"), praying for the dismissal of the Debtor's bankruptcy case pursuant to sections 105(a), 305(a)(1), and 1112(b) of chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"); and upon the letter dated March 15, 1999, pursuant to which Mr. Hasegawa withdrew Mr. Hasegawa's Motion to Dismiss; and the matters having come on to be heard by this Court on March 29, 1999 (the "March 29, 1999 Hearing"); and upon this Court's ruling at the March 29, 1999 Hearing that Ms. Hasegawa had standing to bring Ms. Hasegawa's Motion to Dismiss; and upon Mr. Hasegawa's objection at the March 29, 1999 Hearing, among other things, that he had insufficient notice of the Debtor's Joinder; and upon the Court's having provided Mr. Hasegawa additional time to respond to the Debtor's Joinder, and having adjourned the hearing and determination of the

44087

Debtor's Joinder to April 14, 1999, and thereafter to April 15, 1999; and the matters having come on to be heard by this Court on April 15, 1999 (the "April 15, 1999 Hearing");

**NOW, THEREFORE,** upon all prior pleadings and proceedings; and this Court having found that notice of the Debtor's Joinder is sufficient, and that dismissal of the Debtor's chapter 11 case is in the best interests of the Debtor and its creditors; and for all of the reasons set forth on the records of the March 29, 1999 Hearing and the April 15, 1999 Hearing; and after due consideration, and for good cause; it is hereby

**ORDERED, ADJUDGED AND DECREED**, that the Debtor's chapter 11 bankruptcy case is hereby dismissed pursuant to sections 105(a), 305(a)(1) and 1112(b) of the Bankruptcy Code.

Dated: New York, New York
April 20, 1999

    /s/ Stuart M. Bernstein
United States Bankruptcy Judge

44087

-2-